

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1974-BEN |
| Plaintiff, | ) | |
| | ) | **I N F O R M A T I O N** |
| v. | ) | |
| | ) | Title 8, U.S.C., |
| RENE ESPINDOLA-GALLEGOS (1), | ) | Secs. 1324(a)(1)(A)(ii) and |
| JOSE ANTONIO | ) | (v)(II) - Transportation of |
| ESPINDOLA-GALLEGOS (2), | ) | Illegal Aliens and Aiding and |
| | ) | Abetting |
| Defendants. | ) | |

The United States Attorney charges:

On or about June 1, 2008, within the Southern District of California, defendants RENE ESPINDOLA-GALLEGOS and JOSE ANTONIO ESPINDOLA-GALLEGOS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Samuel Curiel-Saavedra, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT   for
Assistant U.S. Attorney

MIP:psd:San Diego
6/6/08