AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 1 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RENE ESPINDOLA-GALLEGOS | CASE NUMBER: 08CR1974-BEN |

I, RENE ESPINDOLA-GALLEGOS, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___6/17/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Rene Espindola E.*
Defendant

_____
Defense Counsel

Before _____
       Judicial Officer