1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant U.S. Attorney
3  California State Bar No. 215953
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7035
   Luella.Caldito@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      | ) | Criminal Case No. 08CR1974-BEN |
|                                 | ) |                                |
|       Plaintiff,               | ) |                                |
|                                 | ) |                                |
|       v.                       | ) |                                |
|                                 | ) | JOINT MOTION TO RESCHEDULE     |
| RENE ESPINDOLA-GALLEGOS (1),   | ) | SENTENCING HEARING             |
|                                 | ) |                                |
|       Defendant.               | ) |                                |

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, and the defendant, RENE ESPINDOLA-GALLEGOS (1), by and through his counsel, Michael Littman, that the sentencing hearing in the above entitled case scheduled for Monday, August 18, 2008 at 9:00 a.m., be advanced to Tuesday, August 5, 2008 at 9:00 a.m. The requested date and time coincides with the sentencing hearing for the co-defendant, Jose Espindola-Gallegos.

08CR1974-BEN

A proposed order with respect to this joint motion is being submitted directly to the court via efile_benitez@casd.uscourts.gov.

Date:  July 29, 2008                          /s/Luella M. Caldito
                                              LUELLA M. CALDITO
                                              Assistant U.S. Attorney


Date:  July 29, 2008                          /s/ Michael Littman
                                              MICHAEL LITTMAN
                                              Attorney for Rene Espindola-Gallegos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1974-BEN |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| RENE ESPINDOLA-GALLEGOS, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Luella M. Caldito, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Joint Motion to Continue Motion Hearing on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael Littman

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2008.

/s/ Luella M. Caldito
LUELLA M. CALDITO

08CR1974-BEN